■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MANUEL PACHECO, Petitioner, v EDWARD REILLY et al., Respondents. [746 NYS2d 269]

Adjudged that the writ is dismissed, without costs or disbursements.

The determination of the County Court, Nassau County, was not an improvident exercise of discretion, and did not violate "constitutional or statutory standards" (*People ex rel. Klein v Krueger,* 25 NY2d 497, 499; *see People ex rel. Rosenthal v Wolfson,* 48 NY2d 230). Prudenti, P.J., Feuerstein, Mastro and Rivera, JJ., concur.